# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WATTS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NGUYEN, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-00917-AWI-SKO (PC)<br><br>**ORDER ON REMAND**<br><br>**(Doc. 49)**<br><br>**THIRTY DAY DEADLINE** |

　　Plaintiff, Timothy Watts, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.  This action was dismissed and judgment was entered in Defendants' favor on September 9, 2015, when Defendants' motion for summary judgment based on Plaintiff's failure to exhaust available administrative remedies prior to filing suit was granted.  (Docs. 44, 45.)  Plaintiff filed a timely appeal to the Ninth Circuit.  (Doc. 46.)

　　In light of the subsequent intervening authority in *Reyes v. Smith*, 810 F.3d 654 (9th Cir. 2016), the Ninth Circuit remanded this action for a determination whether Plaintiff properly exhausted administrative remedies on his deliberate indifference claim regarding medical appliances.  (Doc. 49, pp. 2-3.)  *Reyes* issued after this action was closed and was neither addressed by the parties in the dispositive motion, nor considered in the ruling thereon.

//
//
//

1

Accordingly, it is HEREBY ORDERED that:

1. Within thirty (30) days of the date of service of this order, Defendants shall file either:

    (a) a motion for summary judgment on exhaustion, restricted to Plaintiff's deliberate indifference claim regarding medical appliances, or

    (b) a statement that, in light of *Reyes*, they do not intend to file a motion on exhaustion issues.[1]

2. If Defendants file a motion for summary judgment, Plaintiff shall file an opposition[2] within twenty-one (21) days of the date of service of Defendants' motion, and Defendants shall file a reply within seven (7) days of the date Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated:   **December 2, 2016**                         /s/ *Sheila K. Oberto*
                                                     UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendants do not intend to file a motion on exhaustion issues, a new discovery and scheduling order will issue.

[2] Plaintiff is provided with notice of the requirements for opposing a summary judgment motion for failure to exhaust administrative remedies by concurrently issued order. *Woods v. Carey*, 684 F.3d 934, 939-41 (9th Cir. 2012); *Rand v. Rowland*, 154 F.3d 952, 960-61 (9th Cir. 1998); *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988).